In the Matter of SIMON GOLDMAN, an Attorney.

First Department, June 8, 1934.

*Einar Chrystie*, for the petitioner.

Respondent, in person.

PER CURIAM. Giving due weight to the frank admission of guilt by respondent and his plea of repentance, respondent should be suspended for six months, with leave to apply for reinstatement at the expiration of that term upon proof of his compliance with the conditions incorporated in the order.

Present — FINCH, P. J., MARTIN, O'MALLEY, TOWNLEY and GLENNON, JJ.

Respondent suspended for six months.